same sums, and for the same kind of money which the plaintiff's intestate in his lifetime, or his administratrix since his death, or the administrator *de bonis non*, now the present plaintiff, was or would have been liable for to *David Kerr*, under and by virtue of the lease from the said *Kerr* to the plaintiff's intestate. The defendant excepted.

May, 1797.

Rawlings
vs.
Duvall.

*Key* and *Johnson*, for the plaintiff.

*Mason* and *Wilmer*, for the defendant.

## GENERAL COURT, MAY TERM, 1797.

### Negro PETER *vs.* The STATE.

ERROR to Frederick county court for the removal of a judgment rendered in that court in March 1797, against negro *Peter*, on a criminal prosecution. The clerk certified the record in the usual mode of certifying records in civil cases.

The indictment charged, " that negro *Peter*, late of the county aforesaid, labourer, the slave of *Lucy James*, on the" &c. " at," &c. " one *game cock* of the value of fifty pounds of tobacco, of the goods and chattels of a certain *Daniel Burkhart*, then and there being found, then and there feloniously did steal, take and carry away, contrary to the form of the act of assembly in such case made and provided, and against the peace, government and dignity of the state."

Negro *Peter* alleged in defence of the indictment, " that he on the said indictment ought not to be tried, because he said that the same indictment was contrary to the form of the act of assembly; wherefore he prayed that he might be thereof discharged, and that the same might be quashed."

*Joinder* on the part of the state. The county court gave judgment that negro *Peter* be whipped on his bare back with ten stripes, and stand in the pillory five minutes; and also " that *Lucy James*, to whom negro *Peter* is a slave, pay unto *Daniel Burkhart* the proprietor of the goods and chattels so stolen as aforesaid, the quantity of forty-eight pounds of tobacco, and the costs" &c. upon which judgment the present writ of error was brought.

*Shaaff*, for the plaintiff in error.

*Martin*, attorney general.

The GENERAL COURT *reversed* the judgment of the county court.